# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**DARLA MASON,**

　　**Plaintiff,**

v.　　　　　　　　　　　　　　　　　　　　　　Case No.  8:10-cv-439-T-30TGW

**CONNECTICUT GENERAL LIFE
INSURANCE COMPANY,**

　　**Defendant.**
_____/

## ORDER OF DISMISSAL

　　The Court has been advised by a Mediation Disposition Report (Dkt. #10) that the above-styled action has been settled.  Accordingly, pursuant to Local Rule 3.08(b) of the M.D.Fla., it is

　　**ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED** without prejudice subject to the right of any party to re-open the action within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.  After that 60-day period, however, dismissal shall be with prejudice.  All pending motions, if any, are **DENIED** as moot.  The Clerk is directed to close the file.

　　**DONE** and **ORDERED** in Tampa, Florida on August 30, 2010.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　JAMES S. MOODY, JR.
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2010\10-cv-439.dismiss 10.wpd